UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JAKOB MEDVE,                )
                            )
        Plaintiff,           )
                            )        CIVIL ACTION NO.
VS.                         )
                            )        3:16-CV-3159-G
ALLSTATE INSURANCE COMPANY, )
ET AL.,                     )
                            )
        Defendants.          )

## ORDER

COME NOW plaintiff and defendants, by and through their undersigned counsel, and informs this court, that the parties have consented to the following order to be entered by this court:

1.  Defendant Allstate Insurance Company's motion to transfer venue (docket entry 5) to the United States District Court for the Central District of California, Southern Division, is hereby **GRANTED**.

2.  Plaintiff shall have thirty (30) days after the opening of this cause in the United States District Court for the Central District of California, Southern Division, to file an amended complaint.

3. As a result of the foregoing amended complaint, defendant James Kersting's motion to dismiss for failure to state a cause of action (docket entry 6) is hereby **DENIED** as moot.

**SO ORDERED**.

January 6, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**

| | |
|---|---|
| ROSENBERG & JOHNSON, PLLC | THOMPSON, COE, COUSINS & IRONS, L.L.P. |
| /s/ Alan J. Rosenberg | /s/ Travis M. Brown |
| Alan J. Rosenberg | Travis M. Brown |
| State Bar No. 24037391 | State Bar No. 24061890 |
| 13355 Noel Road, Suite 1100 | Roger D. Higgins |
| Dallas, Texas 75240 | State Bar No. 09601500, IL 6182756 |
| Telephone: 214.347.7676 | tbrown@thompsoncoe.com |
| alan@rosenbergjohnson.com | rhiggins@thompsoncoe.com |
| Attorneys For Plaintiff | 700 North Pearl Street, 25th Floor |
| | Dallas, Texas 75201 |
| | Telephone 214.871.8200 |
| | Facsimile: 214.871.8209 |
| | Attorneys For Defendants |